ELECTRONIC

**JAN  30,2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.  07-20508-CR-LENARD(s)(s)

21 U.S.C. § 963
21 U.S.C. § 959(a)(2)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1956(a)(2)(A)
21 U.S.C. § 853
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

JORGE MILTON CIFUENTES-VILLA,
    a/k/a "Jota,"
    a/k/a "J,"
    a/k/a "Penultimo,"
    a/k/a "El Colombiano,"
    a/k/a "Economista,"
    a/k/a "Elken de Jesus Lopez-Salazar,"
    a/k/a "Sergio,"
HILDEBRANDO ALEXANDER CIFUENTES-VILLA,
    a/k/a "Alex,"
    a/k/a "Panchito,"
JOAQUIN ARCHIVALDO GUZMAN LOERA,
    a/k/a "El Chapo,"
    a/k/a "El Rapido,"
    a/k/a "Chapo Guzman,"
    a/k/a "Shorty,"
    a/k/a "El Senor,"
    a/k/a "El Jefe," and
OTTO JAVIER GARCIA-GIRON,
    a/k/a "Xavier Otto Garcia-Giron,"
    a/k/a "Xavier Giron,"
    a/k/a "Xavier Garcia,"

        Defendants.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _R 2 9 2014_

14 CRIM277

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in and around October 2003, and continuing through in and around November 2013, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Mexico and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"
a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"
**HILDEBRANDO ALEXANDER CIFUENTES-VILLA,**
a/k/a "Alex,"
a/k/a "Panchito,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
a/k/a "El Chapo,"
a/k/a "El Rapido,"
a/k/a "Chapo Guzman,"
a/k/a "Shorty,"
a/k/a "El Senor,"
a/k/a "El Jefe,"
**and**
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

2

reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

<u>**COUNT 2**</u>

On or about January 25, 2004, in the country of Guatemala, Central America, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
**a/k/a "Jota,"**
**a/k/a "J,"**
**a/k/a "Penultimo,"**
**a/k/a "El Colombiano,"**
**a/k/a "Economista,"**
**a/k/a "Elken de Jesus Lopez-Salazar,"**
**a/k/a "Sergio,"**
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
**a/k/a "El Chapo,"**
**a/k/a "El Rapido,"**
**a/k/a "Chapo Guzman,"**
**a/k/a "Shorty,"**
**a/k/a "El Senor,"**
**a/k/a "El Jefe,"**
**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

3

## COUNT 3

On or about February 3, 2006, in the country of Colombia, South America, and elsewhere,

the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
**a/k/a "Jota,"**
**a/k/a "J,"**
**a/k/a "Penultimo,"**
**a/k/a "El Colombiano,"**
**a/k/a "Economista,"**
**a/k/a "Elken de Jesus Lopez-Salazar,"**
**a/k/a "Sergio,"**
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
**a/k/a "El Chapo,"**
**a/k/a "El Rapido,"**
**a/k/a "Chapo Guzman,"**
**a/k/a "Shorty,"**
**a/k/a "El Senor,"**
**a/k/a "El Jefe,"**
**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance,

knowing that such substance would be unlawfully imported into the United States, in violation of

Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 4

On or about April 30, 2007, in the country of Guatemala, Central America, and elsewhere,

the defendants,

4

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"
a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
a/k/a "El Chapo,"
a/k/a "El Rapido,"
a/k/a "Chapo Guzman,"
a/k/a "Shorty,"
a/k/a "El Senor,"
a/k/a "El Jefe,"
**and**
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

In and around December 2008, in the country of Colombia, South America, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"

5

a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"
**HILDEBRANDO ALEXANDER CIFUENTES-VILLA,**
a/k/a "Alex,"
a/k/a "Panchito,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
a/k/a "El Chapo,"
a/k/a "El Rapido,"
a/k/a "Chapo Guzman,"
a/k/a "Shorty,"
a/k/a "El Senor,"
a/k/a "El Jefe,"
**and**
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

Beginning in and around October 2003, and continuing through in and around June 2007, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"
a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"

6

**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(c) to knowingly transport, transmit and transfer a monetary instrument and funds to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

### COUNTS 7 - 49

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, specified as to each count below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, as described in each count below, involving the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity:

| COUNT | DEFENDANT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|-----------|------------------|--------------------------------------|
| 7 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 8 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 9 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 10 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

8

| 11 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 12 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 13 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 14 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 15 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 16 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 17 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 18 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 19 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 20 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

9

| 21 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|----|--------------------------|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 22 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 23 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 24 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 25 | OTTO JAVIER GARCIA-GIRON | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 26 | OTTO JAVIER GARCIA-GIRON | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 27 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 28 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 29 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 30 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

10

| 31 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|---|
| 32 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 33 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 34 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 35 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 36 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 37 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 38 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

11

| 39 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| --- | --- | --- | --- |
| 40 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 41 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/22/2006 | A wire transfer of approximately $144,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 42 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 43 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. In Naples, Florida. |
| 44 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/12/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 45 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 46 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 47 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

| 48 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 49 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS 50 - 92

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, as described in each count below, did knowingly transport, transmit, and transfer a monetary instrument and funds to a place in the United States from a place outside of the United States with the intent to promote the carrying on of specified unlawful activity:

| COUNT | DEFENDANT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|---|
| 50 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 51 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

13

| 52 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 53 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 54 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 55 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 56 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 57 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 58 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 59 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

14

| 60 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 61 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 62 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 63 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 64 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 65 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 66 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 67 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

15

| 68 | OTTO JAVIER GARCIA-GIRON | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|---|
| 69 | OTTO JAVIER GARCIA-GIRON | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 70 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 71 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 72 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 73 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 74 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 75 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

16

| 76 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 77 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 78 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 79 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 80 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 81 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 82 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 83 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

17

| 84 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/22/2006 | A wire transfer of approximately $144,980 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 85 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 86 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 87 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/12/2007 | Wire transfer of approximately $101,000 from B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 88 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 89 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 90 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 91 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

18

| 92 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
|---|---|---|---|

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## ASSET FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 92 of this Second Superseding Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendants have an interest.

2.      Upon conviction of any violation of Title 21, United States Code, Section 959 and 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

3.      Upon conviction of any violation of Title 18, United States Code, Section 1956, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

19

4.    Pursuant to Title 21 United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of any defendant:

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred, or sold to, or deposited with a third party;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; or

    (E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Title 18,

United States Code, Section 982(a)(1).

A TRUE BILL

_____

FOREPERSON

_____

WILFREDO A. FERRER
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____

ARTHUR WYATT
CHIEF NARCOTIC & DANGEROUS DRUGS
SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

_____

KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. ___07-20508-CR-LENARD(s)(s)___ |
| vs. | |
| | CERTIFICATE OF TRIAL ATTORNEY* |
| JORGE MILTON CIFUENTES-VILLA, et al., | |
| Defendants. | |
| _____/ | Superseding Case Information: |

Court Division: (Select One)

| | | | New Defendant(s) | Yes _____ No _x_ |
|---|---|---|---|---|
| _X_ | Miami | ___ Key West | Number of New Defendants | |
| ___ | FTL | ___ WPB ___ FTP | Total number of counts | 92 |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   YES
   List language and/or dialect   SPANISH

4. This case will take ___10___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | | | Petty | |
   | II | 6 to 10 days | _X_ | | Minor | |
   | III | 11 to 20 days | | | Misdem. | |
   | IV | 21 to 60 days | | | Felony | _X_ |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   YES
   If yes:
   Judge:   Joan A. Lenard   Case No.   07-20508-CR-JAL(s)
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   _____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

   _____
   KURT K. LUNKENHEIMER
   ASSISTANT UNITED STATES ATTORNEY
   Court No. A5501535

*Penalty Sheet(s) attached

REV
4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JORGE MILTON CIFUENTES-VILLA, a/k/a**
**"Jota," "J," "Penultimo," "El Colombiano," "Economista,"**
**"Elken de Jesus Lopez-Salazar," and "Sergio"**

**Case No:**   07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:**   Life Imprisonment

Count #: 6

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty Years Imprisonment

Counts #: 27-49

Laundering monetary instruments

Title 18, United States Code, Section 1956(a)

**\*Max. Penalty:**   Twenty Years Imprisonment

Defendant's Name: **JORGE MILTON CIFUENTES-VILLA, a/ka/** _____

Case No: _____ 07-20508-CR-LENARD(s)(s) _____

Counts #: 70-92

Money Laundering _____

Title 18, United States Code, Section 1956(a)(2)(A) _____

*Max. Penalty:     Twenty Years Imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: **HILDEBRANDO ALEXANDER CIFUENTES-VILLA, a/k/a "Alex," and "Panchito"**

Case No:     07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

*Max. Penalty:     Life Imprisonment

Count #: 5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

*Max. Penalty:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JOAQUIN ARCHIVALDO GUZMAN LOERA, a/k/a
"El Chapo," "El Rapidop," "Chapo Guzman,"
"Shorty," "El Senor," and "El Jefe"**

Case No:   07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: **OTTO JAVIER GARCIA-GIRON, a/k/a**
**"Xavier Otto Garcia-Giron," "Xavier Giron,"**
**and "Xavier Garcis"**

Case No:  07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #: 6

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Twenty Years Imprisonment

Counts #: 7-92

Laundering monetary instruments

Title 18, United States Code, Section 1956(a)

**\*Max. Penalty:** Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

BNDDUTY,INTERPRETER,JG

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:07−cr−20508−JAL−5

Case title: USA v. Herrera−Garcia et al          Date Filed: 06/29/2007

Assigned to: Judge Joan A. Lenard

**Defendant (5)**

**Jorge Milton Cifuentes−Villa**          represented by  **Irwin G. Lichter**
02040−104                                                 1900 S.W. 3rd Avenue
*YOB: 1965 SPANISH*                                       Suite 2
                                                          Miami, FL 33129
                                                          305−573−0551
                                                          Fax: 305−858−9877
                                                          Email: eldoctor321@aol.com
                                                          *TERMINATED: 03/03/2014*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

                                                          **Joel M. Denaro**
                                                          777 Brickell Avenue
                                                          Suite 400
                                                          Miami, FL 33131
                                                          305−371−1883
                                                          Fax: 305−577−8376
                                                          Email: joeldenaro@hotmail.com
                                                          *TERMINATED: 01/21/2014*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Temporary*

                                                          **Mario Stephen Cano**
                                                          2121 Ponce de Leon Boulevard
                                                          Suite 950
                                                          Coral Gables, FL 33134−5230
                                                          305−442−2121
                                                          Fax: 305−567−0423
                                                          Email: MCano@CanoLawMiami.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

                                                          **Todd M. Merer**
                                                          Law Firm of Todd Merer
                                                          110 East 59th Street
                                                          22nd Floort

1

New York, NY 10002
212−683−2525
Fax: 213−9786
Email: todd@toddmererlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

CONTROLLED SUBSTANCE −
IMPORT/EXPORT
(1−5)

21:963=CI.F CONSPIRACY
CONTRL SUBST
IMPORT/EXPORT
(1s)

21:959=ND.F
MANUFACTURE/DISTR IMPORT
− NARCOTICS
(2s−5s)

MONEY LAUNDERING −
INTERSTATE COMMERCE
(6)

18:1956−4999.F MONEY
LAUNDERING − FRAUD, OTHER
(6s)

MONEY LAUNDERING −
INTERSTATE COMMERCE
(27−50)

18:1956−4999.F MONEY
LAUNDERING − FRAUD, OTHER
(27s−49s)

MONEY LAUNDERING −
INTERSTATE COMMERCE
(70−92)

18:1956−4999.F MONEY
LAUNDERING − FRAUD, OTHER
(70s−92s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level**

2

**(Terminated)**

None

**Complaints**                                                          **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by   **Kurt K. Lunkenheimer**
                                                            US Attorney's Office
                                                            Miami, FL
                                                            (305) 961-9008
                                                            Email: kurt.lunkenheimer@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrea G. Hoffman**
                                                            United States Attorney's Office
                                                            HIDTA
                                                            11200 NW 20th Street
                                                            Miami, FL 33172
                                                            305-715-7642
                                                            Fax: 305-715-7639
                                                            Email: andrea.hoffman@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/05/2010 | 48 | | SUPERSEDING INDICTMENT as to Otto Javier Garcia−Giron (3) count(s) 1s−5s, 6s−92s, Jorge Milton Cifuentes−Villa (5) count(s) 1−5, 6, 27−50, 70−92, Hildebrando Alexander Cifuentes−Villa (6) count(s) 1−5, Dolly De Jesus Cifuentes−Villa (7) count(s) 1−5, Joaquin Archivaldo Guzman Loera (8) count(s) 1−5. (lk) (Entered: 11/08/2010) |
| 11/15/2010 | 49 | | ENDORSED ORDER Transferring to Fugitive Status as to Otto Javier Garcia−Giron, Jorge Milton Cifuentes−Villa, Hildebrando Alexander Cifuentes−Villa, Dolly De Jesus Cifuentes−Villa, Joaquin Archivaldo Guzman Loera. Signed by Judge Joan A. Lenard on 11/12/10. (pm) (Entered: 11/15/2010) |
| 04/22/2011 | 54 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Todd Merer. Filing Fee $75.00. Receipt # 17715. Responses due by 5/9/2011 (ksa) (Entered: 04/27/2011) |
| 05/31/2011 | 55 | | ORDER granting 54 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing as to Jorge Milton Cifuentes−Villa (5). Signed by Judge Joan A. Lenard on 5/31/2011. (pm) (Entered: 05/31/2011) |
| 07/19/2011 | 56 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Change of Address by Irwin G. Lichter (Lichter, Irwin) (Entered: 07/19/2011) |
| 03/20/2013 | 93 | | NOTICE OF UNAVAILABILITY by USA as to Otto Herrera−Garcia, Guillermo Vinicio Herrera−Garcia, Otto Javier Garcia−Giron, Orlando Mosquera, Jorge Milton Cifuentes−Villa, Hildebrando Alexander Cifuentes−Villa, Dolly De Jesus Cifuentes−Villa, Joaquin Archivaldo Guzman Loera for dates of 03−21−2013 through 03−29−2013 (Hoffman, Andrea) (Entered: 03/20/2013) |
| 04/25/2013 | 100 | | NOTICE OF UNAVAILABILITY by USA as to Otto Herrera−Garcia, Guillermo Vinicio Herrera−Garcia, Otto Javier Garcia−Giron, Orlando Mosquera, Jorge Milton Cifuentes−Villa, Hildebrando Alexander Cifuentes−Villa, Dolly De Jesus Cifuentes−Villa, Joaquin Archivaldo Guzman Loera for dates of June 26, 2013 thru July 10, 2013 (Hoffman, Andrea) (Entered: 04/25/2013) |
| 06/19/2013 | 108 | | NOTICE OF ATTORNEY APPEARANCE Kurt K. Lunkenheimer appearing for USA. . Attorney Kurt K. Lunkenheimer added to party USA(pty:pla). (Lunkenheimer, Kurt) (Entered: 06/19/2013) |
| 12/12/2013 | | | Arrest of Jorge Milton Cifuentes−Villa (mno) (Entered: 12/16/2013) |
| 12/13/2013 | 129 | | Report Commencing Criminal Action as to Jorge Milton Cifuentes−Villa − YOB: **/**/1965 Prisoner #: 02040−104 (mno) Modified text to correct date on 12/16/2013 (mno). (Entered: 12/16/2013) |
| 12/13/2013 | 130 | | Minute Order for proceedings held before Magistrate Judge Barry L. Garber: Initial Appearance as to Jorge Milton Cifuentes−Villa held on 12/13/2013. as to Jorge Milton Cifuentes−Villa (5) Stipulated PTD with right to re−visit. Arraignment set for 12/27/2013 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 12/27/2013 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Joel M. Denaro for Jorge Milton Cifuentes−Villa (Digital 14:08:33.) Signed by Magistrate Judge Barry L. Garber on 12/13/2013. (mno) (Entered: 12/16/2013) |
| 12/13/2013 | 131 | | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Joel M. Denaro appearing for Jorge Milton Cifuentes−Villa (mno) (Entered: 12/16/2013) |
| 12/20/2013 | 132 | | Unopposed MOTION to Continue *Arraignment* by Jorge Milton Cifuentes−Villa. Responses due by 1/6/2014 (Attachments: #1 Text of Proposed Order Continue Arraignment)(Lichter, Irwin) (Entered: 12/20/2013) |
| 12/27/2013 | 133 | | Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: **Report Re Counsel** Hearing as to Jorge Milton Cifuentes−Villa held on 12/27/2013, ( Arraignment set for 1/17/2014 10:00 AM in Miami Division before MIA Duty Magistrate.). Spanish Interpreter present. (Digital 10−02−08.) (ch1) (Entered: 12/27/2013) |
| 12/27/2013 | 134 | | NOTICE OF ATTORNEY APPEARANCE: Todd M. Merer, Irwin G. Lichter appearing for Jorge Milton Cifuentes−Villa (ch1) (Entered: 12/27/2013) |
| 12/27/2013 | 135 | | |

| | | | |
|---|---|---|---|
| | | | WAIVER of Speedy Arraignment by Jorge Milton Cifuentes−Villa (ch1) (Entered: 12/27/2013) |
| 12/30/2013 | 136 | | MOTION to Withdraw as Attorney by Joel M. Denaro. by Jorge Milton Cifuentes−Villa. (Denaro, Joel) (Entered: 12/30/2013) |
| 01/17/2014 | 139 | | Minute Entry for proceedings held before Magistrate Judge Edwin G. Torres: Arraignment as to Jorge Milton Cifuentes−Villa (5) Count 1−5,6,27−50,70−92 held on 1/17/2014. Spanish Interpreter present. (Digital 10:12:16.) (lw1) (Entered: 01/17/2014) |
| 01/17/2014 | 141 | | STANDING DISCOVERY ORDER as to Jorge Milton Cifuentes−Villa. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Magistrate Judge Edwin G. Torres on 1/17/2014. (lw1) (Entered: 01/17/2014) |
| 01/21/2014 | 142 | | ORDER granting 136 Motion to Withdraw as Attorney. Joel M. Denaro withdrawn from case. as to Jorge Milton Cifuentes−Villa (5). Signed by Judge Joan A. Lenard on 1/21/14. (pm) (Entered: 01/21/2014) |
| 01/21/2014 | 144 | | ORDER as to Jorge Milton Cifuentes−Villa granting 136 MOTION to Withdraw as Attorney by Joel M. Denaro. filed by Jorge Milton Cifuentes−Villa Signed by Magistrate Judge Alicia M. Otazo−Reyes on 1/21/2014. (sl) (Entered: 01/21/2014) |
| 01/22/2014 | 146 | | SCHEDULING ORDER as to Jorge Milton Cifuentes−Villa Calendar Call set for 3/19/2014 04:00 PM in Miami Division before Judge Joan A. Lenard. Jury Trial set for 3/24/2014 in Miami Division before Judge Joan A. Lenard. Signed by Judge Joan A. Lenard on 1/22/14. (pm) (Entered: 01/22/2014) |
| 01/30/2014 | 147 | 9 | SECOND SUPERSEDING INDICTMENT as to Otto Javier Garcia−Giron (3) count(s) 1ss, 2ss−5ss, 6ss−92ss, Jorge Milton Cifuentes−Villa (5) count(s) 1s, 2s−5s, 6s, 27s−49s, 70s−92s, Hildebrando Alexander Cifuentes−Villa (6) count(s) 1s, 5s, Joaquin Archivaldo Guzman Loera (8) count(s) 1s, 2s−5s With Forfeiture Allegations (cqs) Modified on 1/31/2014 (cqs). (Entered: 01/31/2014) |
| 01/31/2014 | 151 | | First RESPONSE to Standing Discovery Order by USA as to Jorge Milton Cifuentes−Villa (Lunkenheimer, Kurt) (Entered: 01/31/2014) |
| 02/07/2014 | 152 | | NOTICE of Change of Address by Irwin G. Lichter (Lichter, Irwin) (Entered: 02/07/2014) |
| 02/21/2014 | 155 | | ORDER as to Jorge Milton Cifuentes−Villa, Dolly De Jesus Cifuentes−Villa. (Garcia/Rule 44(c) Hearing set for 2/28/2014 09:30 AM in Miami Division before Magistrate Judge John J. O'Sullivan.) Signed by Magistrate Judge John J. O'Sullivan on 2/21/2014. (cg1) (Entered: 02/21/2014) |
| 02/27/2014 | 158 | | ORDER as to Jorge Milton Cifuentes−Villa, Dolly De Jesus Cifuentes−Villa (Garcia/Rule 44(c) Hearing reset for 2/28/2014 10:30 AM in Miami Division before Magistrate Judge John J. O'Sullivan.) Signed by Magistrate Judge John J. O'Sullivan on 2/27/2014. (cg1) (Entered: 02/27/2014) |
| 02/28/2014 | 159 | | ORDER granting 153 Motion for Substitution of Counsel. Notice of Termination delivered by US Mail to Bonnie Klapper. as to Dolly De Jesus |

| | | | |
|---|---|---|---|
| | | | Cifuentes−Villa (7). Signed by Magistrate Judge John J. O'Sullivan on 2/28/2014. (mkr) (Entered: 02/28/2014) |
| 02/28/2014 | 160 | | Paperless Minute Entry for proceedings held before Magistrate Judge John J. O'Sullivan: Garcia/Rule 44(c) Hearing and Motion to Substitute Counsel as to Jorge Milton Cifuentes−Villa and Dolly De Jesus Cifuentes−Villa held on 2/28/2014. Court advised defendants of their right to conflict free counsel. Defendants sworn, and executed waivers. Court accepts waivers. Ore tenus motion to seal transcript made by Bonnie Klapper, Court Grants. Attorneys Joel Denaro and Bonnie Klapper discharged from this matter. Court advised out of district counsel that local counsel needed to be obtained by 3/5/14. Parties present: AUSA Michael Nadler. Attorneys for Defendants Joel Denaro, Bonnie Klapper, Irwin Lichter, and Todd Merer Spanish Interpreter present. (Digital 10:36:32. SEALED) (mso) (Entered: 02/28/2014) |
| 02/28/2014 | 161 | | WAIVER − Rule 44(c) Advice and Waiver Concerning Conflict of Interest and Advise of Right to Separate Counsel by Jorge Milton Cifuentes−Villa. (mso) (Entered: 02/28/2014) |
| 02/28/2014 | 163 | | Arrest Warrant returned executed on 12/12/2013 as to Jorge Milton Cifuentes−Villa re 44 Arrest Warrant Issued (cqs) (Entered: 03/03/2014) |
| 03/03/2014 | 164 | | STIPULATED MOTION for Substitution of Counsel *Local Counsel* by Jorge Milton Cifuentes−Villa. Responses due by 3/20/2014 (Lichter, Irwin) (Entered: 03/03/2014) |
| 03/03/2014 | | | Attorney update in case as to Jorge Milton Cifuentes−Villa. Attorney Mario Stephen Cano for Jorge Milton Cifuentes−Villa added per Stipulation DE# 164 , Attorney update in case as to Jorge Milton Cifuentes−Villa. Attorney Irwin G. Lichter terminated. (cqs) (Entered: 03/03/2014) |
| 03/18/2014 | | | Set Hearings as to Jorge Milton Cifuentes−Villa: Arraignment on a second superseding set for 3/19/2014 10:00 AM in Miami Division before MIA Duty Magistrate. (tb) (Entered: 03/18/2014) |
| 03/19/2014 | 165 | | Minute Entry for proceedings held before Judge Joan A. Lenard: Calendar Call as to Jorge Milton Cifuentes−Villa held on 3/19/2014. Present Kurt Lunkenheimer, Todd Merer. Joint request to continue, case to be Rule 21 to SD/New York Court Reporter: Lisa Edwards, 305−523−5499 / Lisa_Edwards@flsd.uscourts.gov (pm) (Entered: 03/19/2014) |
| 03/19/2014 | 166 | | Minute Entry for proceedings held before Magistrate Judge Edwin G. Torres: Arraignment as to Jorge Milton Cifuentes−Villa (5) Count 1s,2s−5s,6s,27s−49s,70s−92s held on 3/19/2014. Spanish Interpreter present. (Digital 10:24:00.) (at) (Entered: 03/20/2014) |
| 03/19/2014 | 167 | | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Jorge Milton Cifuentes−Villa (5) Count 1s,2s−5s,6s,27s−49s,70s−92s. Court accepts plea. Arraignment held on 3/19/2014 before Magistrate Judge Edwin G. Torres. (at) (Entered: 03/20/2014) |
| 03/19/2014 | 168 | | STANDING DISCOVERY ORDER as to Jorge Milton Cifuentes−Villa. All motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Edwin G. Torres on |

| | | | 3/19/2014). (at) (Entered: 03/20/2014) |
|---|---|---|---|
| 03/20/2014 | 169 | | ORDER TO CONTINUE TRIAL as to Jorge Milton Cifuentes−Villa Time excluded from 3/20/2014. Calendar Call set for 4/16/2014 04:00 PM in Miami Division before Judge Joan A. Lenard. Jury Trial set for 4/21/2014 in Miami Division before Judge Joan A. Lenard. Signed by Judge Joan A. Lenard on 3/20/2014. (pm) (Entered: 03/20/2014) |
| 03/27/2014 | 170 | 8 | NOTICE of Consent To Transfer Of Case For Plea and Sentencing by Jorge Milton Cifuentes−Villa (cqs) (Entered: 03/27/2014) |
| 04/01/2014 | 173 | | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order(s) 2013−63 to Magistrate Judge Jonathan Goodman as to Jorge Milton Cifuentes−Villa. (vp) (Entered: 04/02/2014) |
| 04/04/2014 | 177 | | NOTICE OF RESETTING HEARING as to Jorge Milton Cifuentes−Villa Calendar Call reset for 4/17/2014 03:15 PM in Miami Division before Judge Joan A. Lenard. (pm) (Entered: 04/04/2014) |
| 04/10/2014 | 179 | | NOTICE of Filing Extradition Documents (from Consulate of Colombia) by Jorge Milton Cifuentes−Villa (cqs) (Entered: 04/10/2014) |
| 04/14/2014 | 180 | | Order Cancelling Caalendar Call Hearing pursuant to D.E. 170 as to Jorge Milton Cifuentes−Villa., ( Status Conference re: transfer set for 5/15/2014 10:30 AM in Miami Division before Judge Joan A. Lenard.) Signed by Judge Joan A. Lenard on 4/14/14. (pm) (Entered: 04/14/2014) |